KELLY ANNE BREEN-BURNS, Appellant, v SCARSDALE WOODS HOMEOWNERS' ASSOCIATION INC. et al., Respondents.

Submitted July 12, 2010; decided September 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Cuadrado v New York City Tr. Auth.*, 14 NY3d 748 [2010]).

In the Matter of GEORGE HARRIS, Appellant, v ANDREA EVANS, Chairwoman, New York State Division of Parole, Respondent.

Decided September 21, 2010

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

PAUL O. HYNARD, Appellant, v LOUIS GIANO et al., Respondents.

Submitted July 12, 2010; decided September 21, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5602).